# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REX LYLE HYMEL, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-14-0273-F ) |
| KAMERON HARVENEK, Warden, | ) ) |
| Respondent. | ) |

## ORDER

The Report and Recommendation found that plaintiff should be required to pay the $5.00 filing fee in this habeas action. Doc. no. 5. Plaintiff has now paid the filing fee, receipt at doc. no. 7, and no objection to the Report has been filed. The Report and Recommendation is **ADOPTED** insofar as it recommended denial of petitioner's application to proceed in forma pauperis. The application, doc. no. 3, is **DENIED**. This matter remains referred to the magistrate judge for all purposes consistent with the original referral.

Dated this 14th day of April, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0273p001.wpd